**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandra Division**

SANDRA B. KNIGHT          :
                          :
    Plaintiff,             :          Case No. 1:19-cv-262 (TSE/JFA)
                          :
v.                        :
                          :
MARK T. ESPER,            :
SECRETARY OF THE ARMY     :
                          :
    Defendant.             :
_____:

## **ORDER**

Upon consideration of Plaintiff's Motion to Compel and for Attorneys Fees, it is hereby:

**ORDERED**, that such Motion is **GRANTED.**  Defendant's objections to Interrogatories Nos. 1, 2 and 10, and Document Request Nos. 1-3, 6, 9, 10-15, 17-20, and 22 are OVERRULED, and Defendant is compelled to fully and properly search for answer, respond and produce document relative to those interrogatories and document requests within one week of this Order.

 

_____
J.

Date:_____