**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| SANDRA B. KNIGHT | : | |
| | : | |
| Plaintiff, | : | Case No. 1:19-cv-262 (TSE/JFA) |
| | : | |
| v. | : | |
| | : | |
| MARK T. ESPER, | : | |
| SECRETARY OF THE ARMY | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## NOTICE OF HEARING

Plaintiff, Sandra Knight, hereby notices the Motion to Compel for a hearing on Friday, July 26, 2019 at 10:00 a.m.

                                                Respectfully Submitted,

                                                _____/s/_____
                                                Paula M. Potoczak
                                                Law Office of Paula M Potoczak
                                                218 North Lee Street
                                                Third Floor
                                                Alexandria, VA 22314
                                                (703) 519-3733
                                                Fax: 703-519-3827
                                                Email: pmplaw@earthlink.net

                                                    -AND-

                                                _____/s/_____
                                                Ruth Ann Azeredo
                                                1997 Annapolis Exchange Parkway
                                                Suite 300
                                                Annapolis, MD  21401
                                                (410) 558-1915
                                                (410) 558-1917 Fax

        ruthazeredo@comcast.net
*Admitted Pro Hac Vice*

-AND-

Timothy W. Romberger
1025 Connecticut Avenue, N.W.,
Suite 1000
Washington, D.C. 20036
Tel. 202-248-5053
Email: timromberger1@comcast.net
*Pro Hac Vice Pending*

Date: July 19, 2019

Certificate of Service

    I hereby certify that on the 19th day of July, 2019, the above Notice of Hearing was electronically filed with the Clerk of Court using the CM/EMF system.

_____/s/_____
Paula M. Potoczak