IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SANDRA B. KNIGHT, )
)
     Plaintiff, )
) Civil Action No. 1:19cv0262 (TSE/JFA)
v. )
)
RYAN MCCARTHY, Secretary of the )
Army, )
)
     Defendant. )
)

## ORDER

On Friday, July 26, 2019, counsel for the parties appeared before the court and presented argument on plaintiff's motion to compel discovery. (Docket no. 37). Upon consideration of the motion, memorandum in support (Docket no. 37-1), and opposition (Docket no. 43), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiff's motion to compel is granted in part and denied in part.

Entered this 26th day of July, 2019.

                                         /s/
                                 John F. Anderson
Alexandria, Virginia               John F. Anderson
                                 United States Magistrate Judge